### 31890. Tidwell *v.* The State.

Townsend, J. Where a defendant is sentenced to pay a fine and serve six months on the public-works camp, but upon the payment of his fine, his penal term is probated during good behavior, and during the time of the probation sentence he is, after a hearing, found to have committed exactly the same crime for which he is serving the probation sentence, this is such a violation of the good-behavior clause as to authorize the judge of the superior court to revoke the unexpired portion of the probation sentence, and order the defendant to serve the remainder of the sentence in the public-works camp. See *Mincey* v. *Crow,* 198 *Ga.* 245 (31 S. E. 2d, 405); *Wood* v. *State,* 68 *Ga. App.* 43 (21 S. E. 2d, 915); *Streetman* v. *State,* 70 *Ga. App.* 192 (27 S. E. 2d, 704); *Penny* v. *Horton,* 197 *Ga.* 824 (30 S. E. 2d, 598); Code, § 27-2705; *Williams* v. *State,* 162 *Ga.* 327 (2) (3) (133 S. E. 843); *Shamblin* v. *Penn,* 148 *Ga.* 592 (2) (97 S. E. 520); *Olsen* v. *State,* 21 *Ga. App.* 795 (95 S. E. 269).

The judgment of the trial court revoking the probation of said sentence is without error.

*Judgment affirmed. MacIntyre, P. J., and Gardner, J., concur.*

DECIDED FEBRUARY 26, 1948. REHEARING DENIED MARCH 29, 1948.

*W. B. Mitchell,* for plaintiff in error.
*Frank B. Willingham, Solicitor-General,* contra.